# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | **Category No.** II    **Investigating Agency** FBI |
| **City** Boston | **Related Case Information:** |
| **County** Suffolk | Superseding Ind./ Inf. _____  Case No. _____ |
| | Same Defendant _____  New Defendant  X |
| | Magistrate Judge Case Number _____ |
| | Search Warrant Case Number  22-mj-8148-PGL |
| | R 20/R 40 from District of _____ |

## Defendant Information:

**Defendant Name**  Matthew Davis       **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name**  _____

**Address**  (City & State)  Boston, MA

**Birth date (Yr only):** 1988   **SSN (last4#):** 9462   **Sex** M   **Race:** Black   **Nationality:** USA

**Defense Counsel if known:** _____   **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA**  John T. Dawley, Jr.       **Bar Number if applicable** _____

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☑ Warrant Requested       ☐ Regular Process       ☑ In Custody

## Location Status:

**Arrest Date**  10/26/2022

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at  Suffolk County    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/12/2022      **Signature of AUSA:** /s/ John T. Dawley, Jr.

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Matthew Davis _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm and ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____