UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW DAVIS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Criminal Action No. 23-cr-10018<br>)<br>)<br>)<br>) |

**VERDICT**

WE, THE JURY, FIND THE DEFENDANT, MATTHEW DAVIS:

**COUNT ONE** (CHARGING UNLAWFUL POSSESSION OF A FIREARM OR AMMUNITION)

 ✓  NOT GUILTY         _____ GUILTY

6/1/2023
DATE

_____
FOREPERSON'S SIGNATURE